# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: TIMOTHY HYDUCK** | : | **CHAPTER 13** |
| **GLORIA HYDUCK** | : | |
| Debtors | : | **BANKRUPTCY NO. 15-10173-SR** |

## ORDER

**AND NOW**, upon consideration of the Trustee's Motion to Dismiss Case and after Notice and Hearing, it is hereby **ORDERED** that:

1. This Chapter 13 Bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of this case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within 5 days of the entry of this Order. Counsel shall file a certification of service confirming such service has been effected within fifteen (15) days of the entry of this Order.

**BY THE COURT**:

Date:_____                    _____

U.S. Bankruptcy Judge